UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHELLE A. TASSEFF, as Executrix of the
Estate of JOSEPHINE EWING,

                    Plaintiff,

                    vs.                    21-CV-732


DANIELLE KWAKYE-BERKO, M.D.,
ALFREDO RODES, M.D.
WNY MEDICAL, P.C.,
CHRISTOPHER BIONDOLILLO, M.D.,
NEIGHBORHOOD HEALTH CENTER,
NORTHWEST BUFFALO COMMUNITY
 HEALTH CENTER,
                    Defendants.

---

## STIPULATION


       IT IS HEREBY STIPULATED AND AGREED, by and between Michelle A.
Tasseff, as Executrix of the Estate of Joseph Ewing, ("plaintiff") and Christopher
Biondolillo, M.D., Neighborhood Health Center, Northwest Buffalo Community Health
Center, (collectively, "federal defendants"), and Danielle Kwakye-Berko, M.D., Alfredo
Rodes, M.D., and WNY Medical, P.C., collectively, ("the non-federal defendants"), by and
through their respective attorneys as follows:

       1.      On February 23, 2021, plaintiff filed a Complaint with the Erie County Clerk
in which she alleged, <u>inter alia</u>, that defendants were negligent in the care and treatment of
plaintiff's decedent.  Plaintiff seeks money damages based upon such alleged negligence.

2.       The Health Resources and Services Administration (HRSA) deemed Northwest Buffalo Community Health Center to be an employee of the Public Health Service for all times relevant to this Complaint, and Northwest Buffalo Community Health Center, Neighborhood Health Center and Christopher Biondolillo were thereby deemed to be employees of the United States Public Health Service within the exclusive remedy provision of 42 U.S.C. § 233(a).

3.       42 U.S.C. § 233(a) makes exclusive the remedy against the United States, as provided by 28 U.S.C. § 1346(b) and § 2672 damages for personal injury resulting from performance of medical surgical related functions ... by any employee ... of the Public Health Service while acting within the scope of his office or employment.  42 U.S.C. § 233(a) provides that, "upon a certification by the Attorney General that the defendant was acting within the scope of his employment at the time of the incident out of which the suit arose, any such the civil action or proceeding shall be deemed a tort action brought against the United States under the provisions of this Title 28 and all references thereto."

4.       On June 8, 2021, the United States Attorney for the Western District of New York certified that Christopher Biondolillo, M.D., Neighborhood Health Center and Northwest Buffalo Community Health Center, were acting within the scope of their employment with respect to claims alleged in the Complaint.

5.       On June 14, 2021, this action was removed to this Court.

6.       Under 42 U.S.C. § 233(c), plaintiff's claim against Christopher Biondolillo, M.D., Neighborhood Health Center and Northwest Buffalo Community Health Center,

should be "deemed a tort action brought against the United States" as to the claims alleged against them in the Complaint.

7.      At the time the complaint was filed, plaintiff had not presented her claim to the appropriate Federal agency and her claim had not been finally denied by the agency in writing.

8.      Plaintiff did not exhaust her administrative remedies as required by 28 U.S.C. § 2675, and this Court lacks subject matter jurisdiction requiring dismissal of the claim.

**WHEREFORE**, it is stipulated and agreed that an order may be entered

1.  substituting the United States as the proper defendant in the place of Christopher Biondolillo, M.D., Neighborhood Health Center and Northwest Buffalo Community Health Center, with respect to claims alleged against them in the Complaint;

2.  all claims against the United States are hereby dismissed without prejudice;

3.  this case is remanded to New York State Supreme Court.

Dated:  July 21, 2021


MEYERS BUTH LAW GROUP


S/PATRICK J. MALONEY
21 Princeton Place
Orchard, New York 14127
*Attorney for Plaintiff*
Michelle A. Tasseff, as
Executrix of the Estate of
Josephine Ewing

GIBSON, McASKILL & CROSBY

JAMES P. KENNEDY, JR.
United States Attorney


S/KATHLEEN M. SWEET
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
*Attorney for Non-Federal Defendants*
Danielle Kwakye-Berko, M.D.,
Alredo Rodes, M.D., and
WNY Medical, P.C.

S/MARY K. ROACH
Assistant U.S. Attorney
Western District of New York
U.S. Attorney's Office
138 Delaware Avenue
Buffalo, New York 14202
*Attorney for Federal Defendants and United*
*States of America*
Christopher Biondolillo, M.D.,
Neighborhood Health Center, and
Northwest Buffalo Community
 Health Center
Buffalo, NY 14202